**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, | ) ) | |
| | ) | Civil Action No. 09-cv-2122-EFM-KMH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>CLASS ACTION</u> |
| | ) | |
| Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt, | ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to D. Kan. Rule 83.5.4., I move that Scott D. Musoff be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

By    */s/ Mark W. McGrory*

     Randall E. Hendricks  KS #16959
     Mark W. McGrory     KS #12316
     Rouse Hendricks German May PC
     1010 Walnut Street, Suite 400
     Kansas City, MO 64106
     Tel:    (816) 471-7700
     Fax:    (816) 471-2221
     RandyH@rhgm.com
     MarkM@rhgm.com

Of counsel:

     Jay B. Kasner       NY #1713353
     Scott D. Musoff     NY #2701555
     SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP
     Four Times Square
     New York, NY 10036
     Tel:    (212) 735-3000
     Fax:    (212) 735-2000
     Jay.Kasner@skadden.com
     Scott.Musoff@skadden.com

*Attorneys for Defendants Sprint Nextel
Corporation, Gary D. Forsee, Paul N. Saleh
and William G. Arendt*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2009, the foregoing document was filed using the CM/ECF system which will serve a notice of electronic filing on the following counsel of record.

John J. Miller
**Swanson Midgley, LLC**
4600 Madison, Suite 1100
Kansas City, MO 64112-3043
Email: millerlaw@prodigy.net
*Attorney for Plaintiff Cora Bennett*

Norman E. Siegel
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Email: siegel@stevesiegel.com

Joseph F Rice
Ann K Ritter
James M Hughes
**Motley Rice LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
EM: jrice@motleyrice.com
EM: aritter@motleyrice.com
EM: jhughes@moteleyrice.com
*Attorneys for Plaintiff Sprint Institutional Investor Group*

Lynn R Johnson
**Shamberg Johnson & Berman, CHTD.**
2600 Grand Boulevard, Suite 550
Kansas City, MO 64108
EM: ljohnson@sjblaw.com

Darren J Robbins
Tor Gronborg
Brian O O'Mara
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
EM: darrenr@scgrr.com
EM: torg@scgrr.com
*Attorneys for Plaintiff West Virginia Investment Management Board*

　　　　*/s/ Mark W. McGrory*
*Attorney for Defendants Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh & William G. Arendt*