**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CORA E. BENNETT, individually and | ) | |
| On Behalf of All Others Similarly | ) | |
| Situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CV-2122 EFM/KMH |
| | ) | |
| SPRINT NEXTEL CORPORATION, | ) | |
| GARY D. FORSEE, PAUL N. SALEH | ) | |
| And QILLIAM G. ARENDT, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that James M. Hughes be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.  Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

**STUEVE SIEGEL HANSON LLP**

_____/s/ Norman E. Siegel_____
Norman E. Siegel (MO # 44378)
siegel@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7112
Fax: (816) 714-7101

PLAINTIFFS' LIAISON COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies on June 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record, including the following:

Jay B. Kasner     jay.kasner@skadden.com

John J. Miller     millerlaw@prodigy.net

Lynn R. Johnson     ljohnson@sjblaw.com, dmorantz@sjblaw.com, lisad@sjblaw.com, lisaw@sjblaw.com

Mark W. McGrory     markm@rhgm.com

Randall E. Hendricks     randyh@rhgm.com, myrat@rhgm.com

Scott D. Musoff     scott.musoff@skadden.com


/s/ Norman E. Siegel

Plaintiffs' Liaison Counsel
