**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINT NEXTEL CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:09-cv-02122-EFM-KMH <br><br> <u>CLASS ACTION</u> |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to D. Kan. Rule 83.5.4, I move that Brian O. O'Mara be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court. Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

DATED: October 7, 2009                **STUEVE SIEGEL HANSON LLP**

/s/ *Norman E. Siegel*
Norman E. Siegel – KS #70354
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7112
816/714-7101 (fax)
siegel@stuevesiegel.com

LIAISON COUNSEL

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on October 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Norman E. Siegel
Norman E. Siegel