## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORA E. BENNETT, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, GARY D. FORSEE, PAUL N. SALEH and WILLIAM G. ARENDT,<br><br>Defendants. | Case No. 09-CV-2122 EFM/KMH |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh, and William G. Arendt attach hereto the recently issued decisions in *Plumbers & Steamfitters Local 773 Pension Fund v. Canadian Imperial Bank of Commerce, et al.*, No. 08Civ.8143 (WHP) (S.D.N.Y. Mar. 17, 2010) (Ex. A), and *City of Omaha, Neb. Civilian Employees' Ret. Sys. v. CBS Corp., et al.*, No. 08 Civ. 10816 (PKC) (S.D.N.Y. Mar. 16, 2010) (Ex. B), which have bearing on Defendants' Motion to Dismiss (Doc. No. 37) and related briefing (Doc. Nos. 38, 43, & 46).

Dated: March 18, 2010

Jay B. Kasner    *pro hac vice*
Scott D. Musoff    *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000

Respectfully submitted,

/s/ Mark W. McGrory
Randall E. Hendricks    KS # 16959
Mark W. McGrory    KS # 12316
ROUSE HENDRICKS GERMAN MAY PC
1010 Walnut, Suite 400
Kansas City, MO 64106
(816) 471-7700 (tel)
(816) 471-2221 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record, including the following:

John J. Miller
***Swanson Midgley, LLC***
4600 Madison, Suite 1100
Kansas City, MO 64112-3043
Email: millerlaw@prodigy.net
*Attorney for Plaintiff Cora Bennett*

Norman E. Siegel
***Stueve Siegel Hanson LLP***
460 Nichols Road, Suite 200
Kansas City, MO 64112
Email: siegel@stevesiegel.com

Joseph F Rice
Ann K Ritter
James M Hughes
***Motley Rice LLC***
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Email: jrice@motleyrice.com
Email: aritter@motleyrice.com
Email: jhughes@moteleyrice.com
*Attorneys for Plaintiff Sprint Institutional Investor Group*

Lynn R Johnson
***Shamberg Johnson & Berman, CHTD.***
2600 Grand Boulevard, Suite 550
Kansas City, MO 64108
Email: ljohnson@sjblaw.com

Darren J Robbins
Tor Gronborg
Brian O O'Mara
***Coughlin Stoia Geller Rudman & Robbins LLP***
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Email: darrenr@scgrr.com
Email: torg@scgrr.com
*Attorneys for Plaintiff West Virginia Investment Management Board*

        */s/* Mark W. McGrory
*Attorney for Defendants Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh & William G. Arendt*