UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 2:09-cv-02122-EFM-KMH<br><br><u>CLASS ACTION</u> |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, I move that Mark W. Carbone be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court. Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

DATED: May 13, 2010         **STUEVE SIEGEL HANSON LLP**


/s/ Norman E. Siegel
Norman E. Siegel – D. Kan. #70354
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816/714-7112
816/714-7101 (fax)
siegel@stuevesiegel.com

Liaison Counsel