# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 2:09-cv-02122-EFM-KMH |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that William S. Norton be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court. Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion.

Dated: July 10, 2010

**STUEVE SIEGEL HANSON LLP**

/s/ Norman E. Siegel
Norman E. Siegel – KS #70354
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7112
Facsimile:  816/714-7101
siegel@stuevesiegel.com

LIAISON COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on July 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Norman E. Siegel
Norman E. Siegel
