## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## AT KANSAS CITY

| | | |
|---|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:09-cv-02122-EFM-KMH |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| SPRINT NEXTEL CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

_____

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4, I move that John Brandon Walker be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court. Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion

Dated:  July 10, 2010

**STUEVE SIEGEL HANSON LLP**

/s/ Norman E. Siegel
_____
Norman E. Siegel – KS #70354
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7112
Facsimile:  816/714-7101
siegel@stuevesiegel.com

**LIAISON COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies on July 7, 2010, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.


/s/ Norman E. Siegel
Norman E. Siegel