# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORA E. BENNETT, et al., | |
| *Plaintiff*, | |
| vs. | Case No. 09-CV-2122 EFM/KMH |
| SPRINT NEXTEL CORPORATION, et al., | |
| *Defendants*. | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Eli R. Greenstein, Catherine J. Kowalewski, and L. Dana Westberg be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorneys. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavits in support of this motion, along with a proposed order granting this motion.

Dated: January 20, 2011

**STUEVE SIEGEL HANSON LLP**

*/s/ Norman E. Siegel*
Norman E. Siegel (D.Kan. # 70354)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                     /s/ Norman E. Siegel