# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORA E. BENNETT, et al., | |
| *Plaintiff*, | |
| vs. | Case No. 09-CV-2122 EFM/KMH |
| SPRINT NEXTEL CORPORATION, et al., | |
| *Defendants*. | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Michael Jon Pendell be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated: July 13, 2011

                                                 **STUEVE SIEGEL HANSON LLP**

                                                 */s/ Norman E. Siegel*
                                                 Norman E. Siegel (D.Kan. # 70354)
                                                 460 Nichols Road, Suite 200
                                                 Kansas City, MO 64112
                                                 Tel: (816) 714-7100
                                                 Fax: (816) 714-7101
                                                 siegel@stuevesiegel.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Norman E. Siegel