**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINT NEXTEL CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:09-cv-02122-EFM-KMH |

## INDEX TO DECLARATIONS AND EXHIBITS

Declaration of Maria Wieck on Behalf of Pace Industries Union-Management Pension Fund in Support of Plaintiffs' Motion for Class Certification

Declaration of Marie Schöllin on Behalf of Skandia Life Insurance Company Ltd. in Support of Plaintiffs' Motion for Class Certification

Declaration of Craig Slaughter on Behalf of West Virginia Investment Management Board in Support of Plaintiffs' Motion for Class Certification

Declaration of Brian O. O'Mara in Support of Plaintiffs' Motion for Class Certification

    Exhibit 1    Weekly Trading Volume Data for Sprint Bonds During the Class Period

    Exhibit 2    Market Value of Sprint Bonds Outstanding During the Class Period

    Exhibit 3    Bid-Ask Spreads on Sprint Bonds During the Class Period

    Exhibit 4    Bond Price Reaction for Sprint Bonds on January 18, 2008

    Exhibit 5    Bond Price Reaction for Sprint Bonds on February 28, 2008

    Exhibit 6    Firm Résumé of Robbins Geller Rudman & Dowd LLP

    Exhibit 7    Shareholder and Securities Fraud Résumé of Motley Rice LLC

666748_1