# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt, )<br><br>Defendants. ) | Civil Action No. 09-cv-2122-EFM-KMH |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Charles F. Smith be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated:  December 9, 2011                    Respectfully submitted,

                                    ROUSE HENDRICKS GERMAN MAY PC

                                    By     */s/ Mark W. McGrory*
                                          Randall E. Hendricks  KS #16959
                                          Mark W. McGrory     KS #12316
                                          Rouse Hendricks German May PC
                                          1010 Walnut Street, Suite 400
                                          Kansas City, MO 64106
                                          Tel:     (816) 471-7700
                                          Fax:    (816) 471-2221
                                          RandyH@rhgm.com
                                          MarkM@rhgm.com

Of counsel:

    Jay B. Kasner          NY #1713353
    Scott D. Musoff       NY #2701555
    SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP
    Four Times Square
    New York, NY 10036
    Tel:    (212) 735-3000
    Fax:   (212) 735-2000
    Jay.Kasner@skadden.com
    Scott.Musoff@skadden.com

                                        *Attorneys for Defendants Sprint Nextel*
                                        *Corporation, Gary D. Forsee, Paul N. Saleh*
                                        *and William G. Arendt*

**CERTIFICATE OF SERVICE**

        I hereby certify that on December 9, 2011, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.

                                           */s/ Mark W. McGrory*
                                          *Attorney for Defendants*