UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:09-cv-02122-EFM-KMH<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING REQUEST FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Having considered plaintiffs' request for an extension of time in which to file and serve their reply memorandum in further support of Plaintiffs' Motion for Class Certification (Dkt. No. 116), and good cause appearing therefor, the Court finds as follows:

1. On November 17, 2011, Plaintiffs filed their Motion for Class Certification. See Doc. 116. Defendants' original deadline to respond to this Motion was January 17, 2012. Defendants filed three unopposed motions to extend the time to respond to this Motion. The third motion was granted on April 13, 2012 in a text order. This order set Defendants' deadline to file their opposition for May 1, 2012 and Plaintiffs' reply memorandum in support of their motion for class certification would be due on May 31, 2012. Defendants' third motion contemplated that the parties would work together on a schedule to accommodate expert discovery and the filing of Plaintiffs' reply memorandum.

- 1 -

710974_1

- 2 -

2. On May 1, 2012, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, which was supported by the Expert Report of Mukesh Bajaj ("Bajaj Report"). Since that time, the parties have been working together on discovery relating to the Bajaj Report, including the production of documents responsive to a subpoena issued to Dr. Bajaj on May 3, 2012 and scheduling Dr. Bajaj's deposition. The parties have agreed on the following discovery schedule regarding Dr. Bajaj:

   a. Defendants will complete production of documents relevant to the Bajaj Report by June 1, 2012; and

   b. The deposition of Defendants' expert is currently scheduled for June 15, 2012.

3. The parties have additionally agreed that Plaintiffs shall have thirty (30) days following the completion of the expert deposition, or until July 16, 2012, in which to file and serve Plaintiffs' reply memorandum.

4. Accordingly, Plaintiffs respectfully request an extension of time in which to file and serve their reply memorandum in further support of the Motion for Class Certification. This is Plaintiffs' first request for a modification of the class certification briefing schedule. This request is sought to allow Plaintiffs sufficient time to depose Dr. Bajaj and to review and analyze the documents and information he reviewed and relied upon. Defendants are copied on this email and do not oppose this request.

**IT IS THEREFORE ORDERED** that Plaintiffs' request is GRANTED. Plaintiffs shall file and serve their reply memorandum in further support of Plaintiffs' Motion for Class Certification no later than 30 days after completing the deposition of defendants' expert Dr. Mukesh Bajaj, Ph.D., or by July 16, 2012.

710974_1

**IT IS FURTHER ORDERED** that if any additional extensions of time are requested related to Plaintiffs' Motion for Class Certification, counsel is directed to contact chambers first as a status conference will be scheduled prior to additional extensions being granted.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2012.

*Eric F. Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

710974_1