**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 09-cv-2122-EFM-KMH ) |
| Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt, | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jonathan M. Wilan be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

1

2

Dated:  July 10, 2013                                   Respectfully submitted,

                                                                     ROUSE HENDRICKS GERMAN MAY PC

                                                                     By     */s/*Mark W. McGrory
                                                                            Randall E. Hendricks  KS #16959
                                                                             Mark W. McGrory     KS #12316
                                                                             Rouse Hendricks German May PC
                                                                             1201 Walnut, 20th Floor
                                                                             Kansas City, MO 64106
                                                                             Tel:     (816) 471-7700
                                                                             Fax:    (816) 471-2221
                                                                             RandyH@rhgm.com
                                                                             MarkM@rhgm.com

Of counsel:

    Jay B. Kasner      NY #1713353
    Scott D. Musoff    NY #2701555
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Times Square
    New York, NY 10036
    Tel:   (212) 735-3000
    Fax:  (212) 735-2000
    Jay.Kasner@skadden.com
    Scott.Musoff@skadden.com

and

    Charles F. Smith
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    155 N. Wacker Drive
    Chicago, IL 60606
    Tel:   (312) 407-0700
    Fax:  (312) 407-0411
    Charles.Smith@skadden.com

                                                               *Attorneys for Defendants Sprint Nextel*
                                                               *Corporation, Gary D. Forsee, Paul N. Saleh*
                                                               *and William G. Arendt*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2013, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.

                          /s/Mark W. McGrory
                          *Attorney for Defendants*