**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 09-cv-2122-EFM-KMH<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Edward W. Flis be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, as well as emailed a proposed order granting this motion to chambers.

Dated:  July 17, 2013                          Respectfully submitted,

                                               ROUSE HENDRICKS GERMAN MAY PC


                                               By     /s/ Mark W. McGrory
                                                      Randall E. Hendricks  KS #16959
                                                      Mark W. McGrory     KS #12316
                                                      Rouse Hendricks German May PC
                                                      1201 Walnut, 20th Floor
                                                      Kansas City, MO 64106
                                                      Tel:    (816) 471-7700
                                                      Fax:    (816) 471-2221
                                                      RandyH@rhgm.com
                                                      MarkM@rhgm.com

Of counsel:

      Jay B. Kasner       NY #1713353
      Scott D. Musoff     NY #2701555
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      Four Times Square
      New York, NY 10036
      Tel:  (212) 735-3000
      Fax:  (212) 735-2000
      Jay.Kasner@skadden.com
      Scott.Musoff@skadden.com

and

      Charles F. Smith
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      155 N. Wacker Drive
      Chicago, IL 60606
      Tel:  (312) 407-0700
      Fax:  (312) 407-0411
      Charles.Smith@skadden.com

                                               *Attorneys for Defendants Sprint Nextel*
                                               *Corporation, Gary D. Forsee, Paul N. Saleh*
                                               *and William G. Arendt*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2013, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.


_____/s/ Mark W. McGrory_____

*Attorney for Defendants*
