# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORA E. BENNETT, et al., | |
| *Plaintiff*, | |
| vs. | Case No. 09-CV-2122 EFM/KMH |
| SPRINT NEXTEL CORPORATION, et al., | |
| *Defendants*. | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Hillary B. Stakem be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

Dated: March 7, 2014    **STUEVE SIEGEL HANSON LLP**

  */s/ Norman E. Siegel*
  Norman E. Siegel (D.Kan. # 70354)
  460 Nichols Road, Suite 200
  Kansas City, MO 64112
  Tel: (816) 714-7100
  Fax: (816) 714-7101
  siegel@stuevesiegel.com

  **Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                /s/ Norman E. Siegel
                Attorney for Plaintiff