# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sprint Nextel Corporation, Gary D. Forsee, )<br>Paul N. Saleh and William G. Arendt, )<br>)<br>Defendants. ) | Civil Action No. 09-cv-2122-EFM-KMH |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Lara A. Flath be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated:  March 19, 2014	Respectfully submitted,

                                        ROUSE HENDRICKS GERMAN MAY PC

                                      By   */s/Mark W. McGrory*
                                              Randall E. Hendricks  KS #16959
                                              Mark W. McGrory     KS #12316
                                              Rouse Hendricks German May PC
                                              1201 Walnut, 20th Floor
                                              Kansas City, MO 64106
                                              Tel:     (816) 471-7700
                                              Fax:    (816) 471-2221
                                              RandyH@rhgm.com
                                              MarkM@rhgm.com

Of counsel:

    Jay B. Kasner       NY #1713353
    Scott D. Musoff    NY #2701555
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Times Square
    New York, NY 10036
    Tel:   (212) 735-3000
    Fax:  (212) 735-2000
    Jay.Kasner@skadden.com
    Scott.Musoff@skadden.com

and

    Charles F. Smith
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    155 N. Wacker Drive
    Chicago, IL 60606
    Tel:   (312) 407-0700
    Fax:  (312) 407-0411
    Charles.Smith@skadden.com

                                        *Attorneys for Defendants Sprint Nextel*
                                        *Corporation, Gary D. Forsee, Paul N. Saleh*
                                        *and William G. Arendt*

3

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 19, 2014, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.

                                                */s/Mark W. McGrory*
                                              *Attorney for Defendants*