# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt, )<br><br>Defendants. ) | Civil Action No. 09-cv-2122-EFM-KMH |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Joseph N. Sacca be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

2

Dated:  April 9, 2014

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

By   */s/Mark W. McGrory*
　　　Randall E. Hendricks  KS #16959
　　　Mark W. McGrory      KS #12316
　　　Jeremy M. Suhr        KS#24025
　　　Rouse Hendricks German May PC
　　　1201 Walnut, 20th Floor
　　　Kansas City, MO 64106
　　　Tel:    (816) 471-7700
　　　Fax:   (816) 471-2221
　　　RandyH@rhgm.com
　　　MarkM@rhgm.com
　　　JeremyS@rhgm.com

*Attorneys for Defendants Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on April 9, 2014, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.

　　　 */s/Mark W. McGrory*
　　　*Attorney for Defendants*

2