**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt,  )<br>)<br>Defendants.  ) | Civil Action No. 09-cv-2122-EFM-KMH |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Kimberly F. Rich be admitted to practice in the United States District Court for the District of Kansas, for the purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated:  April 30, 2014

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC


By   /s/Mark W. McGrory
       Randall E. Hendricks  KS #16959
       Mark W. McGrory     KS #12316
       Rouse Hendricks German May PC
       1201 Walnut, 20th Floor
       Kansas City, MO 64106
       Tel:    (816) 471-7700
       Fax:    (816) 471-2221
       RandyH@rhgm.com
       MarkM@rhgm.com

*Attorneys for Defendants Sprint Nextel Corporation, Gary D. Forsee, Paul N. Saleh and William G. Arendt*


**CERTIFICATE OF SERVICE**

   I hereby certify that on April 30, 2014, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record.


/s/Mark W. McGrory
 *Attorney for Defendants*

2