**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CORA E. BENNETT, et al., | |
| *Plaintiff,* | |
| vs. | Case No. 09-CV-2122 EFM/KMH |
| SPRINT NEXTEL CORPORATION, et al., | |
| *Defendants.* | |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Keith F. Park and Theodore J. Pintar be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kansas Rule 83.5.(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 82.4.3(a), I have attached the required affidavit in support of this motion, along with the proposed order granting this motion. I have also verified that the information contained in the affidavit is true and correct.

Dated: March 2, 2015     **STUEVE SIEGEL HANSON LLP**

  */s/ Rachel E. Schwartz*
Rachel E. Schwartz (# 21782)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
schwartz@stuevesiegel.com

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                    /s/ Rachel E. Schwartz  
                                                    Attorney for Plaintiff