**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 2:09-cv-02122-EFM-KMH |
| SPRINT NEXTEL CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Plaintiffs PACE Industry Union-Management Pension Fund, Skandia Mutual Life Insurance Company, and the West Virginia Investment Management Board respectfully move this Court for an order: (1) approving the proposed settlement of this securities class action; (2) approving the proposed Plan of Allocation of settlement proceeds; (3) awarding attorneys' fees of 22% of the Settlement Amount and litigation expenses in the amount of $3,434,112.10, plus interest earned thereon; and (4) awarding Lead Plaintiffs for time and expenses incurred in prosecuting the Litigation in the amount of $42,920.44.

In support of this Motion, Lead Plaintiffs incorporate by reference their Memorandum in Support and supporting Exhibits, which are filed simultaneously herewith.

1

Dated: May 8, 2015                          Respectfully submitted,

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Tor Gronborg*
TOR GRONBORG (*pro hac vice*)
BRIAN O. O'MARA (*pro hac vice*)
KEITH F. PARK (*pro hac vice*)
THEODORE J. PINTAR (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:   (619) 231-1058
Facsimile:   (619) 231-7423
Email:          torg@rgrdlaw.com
                   bomara@rgrdlaw.com
                   keithp@rgrdlaw.com
                   tedp@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
JAMES E. BARZ (*pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:   (312) 674-4674
Facsimile:   (312) 674-4676
Email:          jbarz@rgrdlaw.com

**MOTLEY RICE LLC**

*/s/ James M. Hughes*
JAMES M. HUGHES (*pro hac vice*)
WILLIAM S. NORTON (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:   (843) 216-9000
Facsimile:   (843) 216-9450
Email:          jhughes@motleyrice.com
                   bnorton@motleyrice.com

**MOTLEY RICE LLC**
NATHAN D. FINCH (*pro hac vice*)
1000 Potomac Street NW, Suite 150
Washington, DC  20007
Telephone:   (202) 232-5507
Facsimile:   (202) 232 5513
Email:          nfinch@motleyrice.com

          **MOTLEY RICE LLC**
WILLIAM H. NARWOLD (*pro hac vice*)
MICHAEL J. PENDELL (*pro hac vice*)
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:   (860) 882-1676
Facsimile:    (860) 882-1682
Email:          bnarwold@motleyrice.com
                 mpendell@motleyrice.com

CO-LEAD COUNSEL FOR LEAD PLAINTIFFS

**STUEVE SIEGEL HANSON LLP**

*/s/ Norman E. Siegel*
NORMAN E. SIEGEL – D. KAN. #70354
RACHEL E. SCHWARTZ – KS #21782
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:   (816) 714-7112
Facsimile:    (816) 714-7101
Email:          siegel@stuevesiegel.com
                 schwartz@stuevesiegel.com

LIAISON COUNSEL

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all counsel of record.

                                       /s/ Norman E. Siegel
                                       Attorney for Plaintiffs